# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| PPS DATA, LLC, | § | |
| *Plaintiff*, | § § § | |
| v. | § § | Case No. 2:18-CV-00007-JRG |
| JACK HENRY & ASSOCIATES, INC., | § § § | |
| *Defendant*. | § § § | |

## ORDER

Before the Court is a joint motion to amend the docket control order [Dkt. No. 41] filed by the parties. Plaintiff is granted until January 17, 2019 to file the Opening Claim Construction Brief and Defendant is granted until January 31, 2019 to file the Responsive Claim Construction Brief. All other deadlines remain as previously ordered.

Counsel for Plaintiff is invited to explain to the Court why "Plaintiff is not required to show good cause to extend the requested deadlines" (Dkt. No. 41 at 1), at the outset of the Claim Construction hearing.

**SIGNED this 15th day of January, 2019.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE