# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| PPS DATA, LLC | § | |
| | § | |
| v. | § | Case No. 2:18-CV-0007-JRG |
| | § | |
| JACK HENRY & ASSOCIATES, INC. | § | |

## Markman Hearing
### MAG. JUDGE ROY PAYNE PRESIDING
### February 21, 2019

**OPEN:** 9:00 am                   **ADJOURN:** 10:10 am

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | Anthony Son |
| | Jon Hyland |
| | Victor Vital |
| | |
| ATTORNEY FOR DEFENDANTS: | Jay Heidrick |
| | Jason Wietjes |
| | Jason Mazingo |
| | Adam Daniels |
| | |
| TECHNICAL ADVISOR: | David Keyzer |
| | |
| LAW CLERK: | Melonie Jordan |
| | |
| COURT REPORTER: | Tammy Goolsby |
| | |
| COURTROOM DEPUTY: | Becky Andrews |

Court opened.   Case called.   Anthony Son announced ready and introduced co-counsel.   Jason Manzingo announced ready and introduced co-counsel.

Before the argument on the claim constructions, the Court requested Plaintiff explain to the Court an issue set out in Order of the Court entered on January 16, 2019 (Dkt. No. 42).   Jon Hyland and Anthony Son responded.

The Court heard argument on a term by term basis.   Anthony Son presented argument on behalf of Plaintiff.   Jason Wietjes and Jay Heidrick presented argument on behalf of Defendant.

The Court took the claim construction matters under submission.