**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| PPS DATA, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> JACK HENRY & ASSOCIATES, INC., <br><br> Defendant. | Civil Action No. 2:18-cv-00007-JRG |

**ORDER DENYING PPS DATA, LLC'S *DAUBERT* MOTION TO STRIKE DR. WILLIAM MICHALSON'S EXPERT REPORTS ON INVALIDITY AND INFRINGMENT AND TO EXCLUDE HIS CORRESPONDING EXPERT TESTIMONY**

Before the Court is Plaintiff PPS Data, LLC's *Daubert* Motion to Strike Dr. William Michalson's Expert Reports on Invalidity and Infringement and to Exclude his Corresponding Expert Testimony. After considering the motion and all briefing and evidence, the Court concludes that the motion should be denied. It is therefore

ORDERED that Plaintiff PPS Data, LLC's *Daubert* Motion to Strike Dr. William Michalson's Expert Reports on Invalidity and Infringement and to Exclude his Corresponding Expert Testimony is DENIED.