**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **PPS DATA, LLC** <br><br> **vs.** <br><br> **JACK HENRY & ASSOCIATES, INC.** | **CIVIL ACTION No. 2:18-cv-0007-JRG** |

**JURY TRIAL DAY FOUR
HELD BEFORE DISTRICT JUDGE RODNEY GILSTRAP
September 12, 2019**

**OPEN:  8:28 a.m.**                                                                 **ADJOURN:  4:25 p.m.**

| ATTORNEYS FOR PLAINTIFF: | See attached. |
|---|---|
| ATTORNEYS FOR DEFENDANT: | See attached. |
| LAW CLERKS: | Adam Ahnhut <br> Christian Chessman <br> Taylor Fitzner |
| COURT REPORTER: | Shelly Holmes, CSR-TCRR |
| COURTROOM DEPUTY: | Jan Lockhart |

| TIME | MINUTES |
|---|---|
| 8:28 a.m. | Court opened. Counsel announced ready. Exhibits used prior day read into the record. |
| 8:35 a.m. | Jury returned to the courtroom. Court's final instructions to the Jury |
| 9:09 a.m. | Closing argument by Mr. Maddox. |
| 9:32 a.m. | Closing argument by Mr. Heidrick. |
| 10:02 a.m. | Rebuttal closing argument by Mr. Maddox. |
| 10:08 a.m. | The Court's final instructions to the Jury. |
| 10:15 a.m. | Jury retired to jury room to begin deliberations. |
| 10:16 a.m. | Recess. |
| 12:50 p.m. | Court reconvened. Note received from the Jury. Counsel to meet and confer re note. |
| 12:53 p.m. | Off the record discussion. |
| 1:50 p.m. | Court reconvened. Discussion re exhibits to be sent to the Jury. |
| 1:55 p.m. | Recess. |
| 2:30 p.m. | Court reconvened. Note received from Jury. Court's response. |
| 2:31 p.m. | Recess. |
| 4:15 p.m. | Court reconvened. Note received from Jury indicating that the jury reached a verdict. |
| 4:19 p.m. | Members of the jury polled reflecting a unanimous verdict. Court excused jurors and counsel. |
| 4:25 p.m. | Court adjourned. |